### Jerome Howe v. Clark Downey.

1. TROVER—*Conversion of Grain Mixed with that of Other Owners.*—This case follows Howe v. Munson, 65 Ill. App. 674.

Trover.—Appeal from the Circuit Court of Marshall County; the Hon. THOMAS M. SHAW, Judge, presiding. Heard in this court at the December term, 1895. Affirmed. Opinion filed June 1, 1896.

WINSLOW EVANS and BARNES & BARNES, attorneys for appellant.

FRED. S. POTTER, attorney for appellee; J. H. JACKSON, of counsel.

OPINION PER CURIAM.

The questions involved in this case are precisely the same as those considered in Howe v. Munson, 65 Ill. App. 674. The reasons given for affirming the judgment in that case are equally applicable to this, and need not be again repeated.

The judgment of the Circuit Court will be affirmed.